# **EXHIBIT A**

## CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo en el estado de Georgia durante el año o los años 2016, 2017 y 2018.

Éste, el día  10  de  Abril de 2019.

Nombre (escribir en letra de molde): Jesus Bejincs Gonzalez

Firma: Jesus Bejincs

## CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work in the state of Georgia during the year(s) _2016, 2017 and 2018_.

This 10 day of  Abril , 2019

Name: Jesus Bejincs Gonzalez

Signature: Jesus Bejincs

## CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo en el estado de Georgia durante el año o los años 2016 y 2017

Éste, el día 07 de Abril de 2019.

Nombre (escribir en letra de molde): Abrahaam Sayago Hernandez

Firma: _____

## CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work in the state of Georgia during the year(s) _2016 and 2017_.

This 07 day of Abril, 2018

Name: Abrahaam Sayago Hdz.

Signature: _____