IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JESUS BEJINES-GONZALEZ, ) <br> ABRAHAAM SAYAGO-HERNANDEZ ) <br> And all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN VALLEY FRUIT & ) <br> VEGETABLE, INC.; HAMILTON ) <br> GROWERS, INC.; KENT HAMILTON; ) <br> HAMILTON FARMS MEX, L.P.; ) <br> HAMILTON PRODUCE, L.P.; ) <br> KENDA PROPERTIES, L.P.; WK ) <br> HOLDINGS, LLC; WK MEX ) <br> PROPERTIES, L.P.; and WKW, LLC, ) <br> ) <br> Defendants. ) | **CIVIL ACTION FILE** <br><br> **FILE NO.: 7:19-cv-00055-HL** |

**CONSENT MOTION TO EXTEND TIME TO ANSWER**

COME NOW, Plaintiffs and Defendants, and file this Consent Motion To Extend Time to Answer. As support for this Motion, the Parties show as follows:

Plaintiffs filed this lawsuit on April 11, 2019. Plaintiffs sent a waiver of service of process to Defendants on June 25, 2019, making Defendants Answer or other response due on or before August 23, 2019. The parties have extended the time for Defendants to Answer previously while they engage in settlement discussions. On December 26, this Court extended the time for Defendants to Answer through March 27, 2020 to allow the parties to attempt to resolve this matter through mediation. On March 11, 2020, the parties mediated this matter with mediator Hunter Hughes. The parties made progress towards a resolution during mediation, and they remain in active settlement discussions.

The parties now seek this extension to Defendants' obligation to file an Answer or otherwise respond to the Amended Complaint, for an additional thirty days, through and including April 27, 2020, to allow the parties to continue their ongoing settlement discussions that have continued since mediation. The parties file this Motion in good faith, and not with the intent to cause unnecessary delay.

Respectfully submitted this 26th day of March, 2020.

CONSENTED TO BY:

| | |
|---|---|
| *s/Terri R. Stewart* | *s/Dawson Morton* |
| Terri R. Stewart | Dawson Morton |
| Georgia Bar No. 244624 | Georgia Bar No. 525985 |
| Martin B. Heller | Dawson Morton, LLC |
| Georgia Bar No. 360538 | 1003 Freedom Blvd. |
| **FISHER & PHILLIPS LLP** | Watsonville, California 95076 |
| 1075 Peachtree Street NE, Suite 3500 | Telephone: (404) 590-1295 |
| Atlanta, Georgia 30909 | dawson@dawsonmorton.com |
| Telephone: (404) -231-1400 | |
| Facsimile: (404) 240-4249 | Patricia Kakalec |
| tstewart@fisherphillips.com | *Pro Hac Admitted* |
| mheller@fisherphillips.com | Kakalec Law PLLC |
| | 11 Broadway, Suite 615 |
| Attorneys for Defendants | New York, New York 10004 |
| | Telephone: (212) 705-8730 |
| | Facsimile: (646) 844-1249 |
| | patricia@kakaleclaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **CONSENT MOTION TO EXTEND TIME TO ANSWER** to the clerk of court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

> Dawson Morton, Esq.
> Dawson Morton, LLC
> 1003 Freedom Blvd.
> Watsonville, CA 95076
> dawson@dawsonmorton.com
>
> Patricia Kakalec, Esq.
> Kakalec Law PLLC
> 11 Broadway, Suite 615
> New York, NY 10004
> patricia@kakaleclaw.com

This 26th day of March, 2020.

> *s/Terri R. Stewart*
> Terri R. Stewart
> Georgia Bar No. 244624