IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JESUS BEJINES-GONZALEZ, ABRAHAAM SAYAGO-HERNANDEZ, MARGARITO OSORIO-JIMENEZ, and LOIDA OSORIO-JIMENEZ and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON FARMS MEX, L.P.; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; WK MEX PROPERTIES, L.P.; and WKW, LLC,<br><br>   Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : CIVIL ACT. NO.: 7:19-cv-55-HL <br> : <br> : RULE 23 CLASS <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND FLSA COLLECTIVE SETTLEMENT AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS

Plaintiffs Jesus Bejines-Gonzalez, Abrahaam Sayago-Hernandez, Margarito Osorio-Jimenez, and Loida Osorio-Jimenez hereby move this Court for an Order in the above-referenced case finally (1) certifying for settlement purposes a Settlement Class; (2) approving the Rule 23 settlement in this case as fair, reasonable and adequate; and (3) approving the Fair Labor Standards Act settlement.

In support of their motion, Plaintiffs rely on the accompanying Memorandum of Law, the October 14, 2021 Declaration of Patricia Kakalec with exhibits (including the October 14, 2021

Declaration of Christopher Longley from Atticus Administrators), and all other papers heretofore filed in this matter.

Dated:          October 14, 2021

s/ D. Morton
Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1003 Freedom Blvd.
Watsonville, CA 95076
T: 404-590-1295
E: dawson@dawsonmorton.com

Patricia Kakalec
Hugh Baran
*Pro Hac Admitted*
Kakalec Law PLLC
195 Montague Street, 16th Floor
Brooklyn, NY 11201
T: 212-705-8730
E: patricia@kakaleclaw.com
    hugh@kakaleclaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 14th day of October, 2021, electronically filed

with the Clerk of the Court the foregoing MOTION FOR FINAL APPROVAL and all

attachments. The Court using the CM/ECF system will serve Defendants counsel in this action:

> Martin Heller
> Terri Stewart
> Fisher & Phillips
> 1075 Peachtree Street, NE | Suite 3500 |
> Atlanta, GA 30309
> mheller@fisherphillips.com
> tstewart@fisherphillips.com

___s/ Dawson Morton___
Dawson Morton