IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JESUS BEJINES-GONZALEZ, ABRAHAAM SAYAGO-HERNANDEZ, MARGARITO OSORIO-JIMENEZ, and LOIDA OSORIO-JIMENEZ and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON FARMS MEX, L.P.; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; WK MEX PROPERTIES, L.P.; and WKW, LLC,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*   Case No. 7:19-CV-55(HL) |

## **J U D G M E N T**

Pursuant to the Order of this Court filed November 22, 2021, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiffs attorneys' fees in the amount of $237,600.00 in attorney's fees and $10,045.40 in costs. This amount shall accrue interest from the date of entry of judgment at the rate of .16 % per annum until paid in full.

This 22nd day of November, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk